[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-11034
Non-Argument Calendar

_____

D.C. Docket No. 8:17−cr−00353−MSS−AAS−1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEOFFREY DOUGLAS FLOYD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 28, 2018)

Before TJOFLAT, WILLIAM PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Geoffrey Floyd in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Floyd's conviction and sentence are **AFFIRMED**.